## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Facebook**

To the extent that the information described in the Application is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for the user ID listed in Attachment A, <u>created on or after March 1, 2015</u>:

    (a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

    (b)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

    (c)    All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests; All "check ins" and other location information;

    (d)    All IP logs, including all records of the IP addresses that logged into the account;

    (e)    All records of Facebook searches performed by the account; and

    (f)    The types of service utilized by the user.

**II.    Information to be seized by the government**

All information described above in Section I that constitutes fruits and evidence of violations of 16 U.S.C. § 4306(a)(1) (Federal Cave Resources Protection, Prohibited Acts and Penalties) and 18 U.S.C. § 1362 (Damage to Federal Government Property; a felony if the damage exceeds $1,000), involving Codey Foster and/or Dusten Ray Gill, since March 1, 2015, including, for the user ID identified on Attachment A, information pertaining to the following matters:

> (a) Photographs and postings regarding graffiti inside Bowden Cave, Randolph County, West Virginia and inside the Monongahelia National Forest, and especially related to graffiti in the form of drawings and a name "Dustin", "3/16/15 Codey Foster" and "DUSTEN GILL"; as well as postings to and/or from GILL and/or FOSTER related to licking a bat inside the cave.