AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FOR RETURN FILED
MAR 24 2016
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:16mj67
 )
Information associated with )
Facebook user ID 100007632607325 that is stored at )
premises controlled by Facebook )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___West Virginia___
*(identify the person or describe the property to be searched and give its location)*:

Information associated with Facebook user ID 100007632607325 that is stored at premises controlled by Facebook, See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
                                                                                                                    *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Michael John Aloi                                                                           .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
                                                                      ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3·15·16  11:26 a.m.                    _____
                                                                                                           *Judge's signature*

City and state: Clarksburg, WV                                     Michael John Aloi, United States Magistrate Judge
                                                                                                        *Printed name and title*

**CASE: 2:16mj 67**                          **RETURN**

**Date:** March 23, 2016 @ 5:08pm            **Copy of left with:** Facebook Online Request

**Inventory Made in Presence of:** N/A

Inventory of property seized:

Search warrant submitted via Facebook Online Law Enforcement Request system for profile 100007632607325.  See attached receipt for case # 752735.

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

_signature_                                  W.E. "Gene" Smithson, Special Agent

_signature_
Michael John Aloi
U.S. Magistrate Judge
3.24.16

## Smithson, Gene -FS

**From:** Records <records+Z2XXO7323YBABCQDE5KJ27BD4YOIW@records.facebook.com>
**Sent:** Wednesday, March 23, 2016 5:08 PM
**To:** Smithson, Gene -FS
**Subject:** Records Request Received [Case #752735]

[Case #752735]

If you have any questions regarding this case, please reply to this email.

We are in receipt of your new records request and will notify you once your request has been processed. Your case number is 752735.

To check the status of your case or make changes:
1. Visit www.facebook.com/records and enter the email address used to make this request.
2. Check your email for a message from records@fb.com.
3. Click the link contained in the email to access the Online Request System.
4. Click View Case next to case number 752735

Please note: The secure token emailed to you from records@fb.com is good for one hour only. After that time you will need to request access again.

Thank you,
Law Enforcement Response Team

---
NOTICE: This email (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. Unless you are the intended recipient, you may not use, copy, or retransmit the email or its contents.